# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Hoang Hai Nguyen, | ) | Case No. 1:17-mj-313 |
| Defendant. | ) | |

On October 26, 2017, defendant filed a "Waiver of Preliminary Hearing." The court accepts defendant's waiver, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel. Additionally, based on defendant's waiver, the court finds that there is probable cause to believe that defendant may have committed the offense charged in the Complaint. Defendant's preliminary hearing set for November 3, 2017, is canceled.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2017.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court